IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CARLVENSKY CONSTANT,

           Petitioner,

vs.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, et al.,

           Respondents.

8:26-CV-92

ORDER

The government has moved to dismiss this case as moot, because the petitioner has been released. Filing 5. The government's evidence, *see* filing 7, and the ICE Online Detainee Locator both establish that the petitioner is no longer in custody. The Court agrees that because the petitioner has been released, with no discernible collateral consequences, this case is at least prudentially moot. *See Ali v. Cangemi*, 419 F.3d 722, 724 (8th Cir. 2005) (citing *Spencer v. Kemna*, 523 U.S. 1 (1998)). Accordingly,

IT IS ORDERED:

1. The government's motion to dismiss (filing 5) is granted.

2. The petition for writ of habeas corpus is dismissed without prejudice as moot.

3. A separate judgment will be entered.

Dated this 5th day of March, 2026.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge